

# NUMBER 13-22-00122-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE MICHAEL LEE BRACEWELL

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

On March 24, 2022, relator Michael Lee Bracewell filed a petition for writ of mandamus through which he asserts, in six issues, that the trial court abused its discretion by disqualifying relator's counsel of record. Relator also filed a "Motion to Stay Underlying Proceedings" in which he requests that we stay the trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the "Motion to Stay Underlying Proceedings," is of the opinion that it should be granted. Accordingly, we grant the motion, and we order the trial court proceedings to be stayed pending further order of this Court,

or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court requests that the real party in interest, Sally Marie Bracewell, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
25th day of March, 2022.